**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MEGAN C. MCFALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-01198-HEA |
| | ) | |
| NURSE PRACTITIONER NANCY P. | ) | |
| STAUFFER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court on review of the complaint filed by self-represented Plaintiff Megan C. McFall, an inmate at the Chillicothe Correctional Center in Chillicothe, Missouri. This case will be transferred to the United States District Court for the Western District of Missouri.

Plaintiff brings this case against Nurse Practitioner Nancy P. Stauffer and Provider Centurion, alleging deliberate indifference to a serious medical need arising out of Defendants' alleged denial of Plaintiff's Hepatitis C treatment. Plaintiff's claims arise entirely from events occurring during her incarceration in Chillicothe Correctional Center, which is located in Livingston County in the Western District of Missouri. *See* 28 U.S.C. § 105(b)(3).

-1-

Under 28 U.S.C. § 1391(b), an action of this type may be brought only in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

Because the events or omissions giving rise to Plaintiff's claims occurred in the Western District of Missouri, venue is proper there.    Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."   Here, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri.   *See* 28 U.S.C. § 1406(a).

-2-

Dated this 30th day of July, 2026.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE